**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DIAMOND JARAMILLO,

      Plaintiff,

v.                                             No. 1:20-cv-1286 RB/KRS

CHRISTOPHER PADILLA and
ROBERT GONZALES,

      Defendants.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on April 14, 2021.  At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with slight modifications, as reflected in the dates below

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of twenty (20) interrogatories by each party to any other party with responses due thirty (30) days after service.

(b) Maximum of twenty (20) requests for production by each party to any other party with responses due thirty (30) days after service.

(c) Maximum of twenty (20) requests for admission by each party to any other party with responses due thirty (30) days after service

(d) Maximum of ten (10) depositions by Plaintiff and ten (10) depositions by Defendants, collectively.  Each deposition (other than of parties and experts) limited to maximum

of four (4) hours unless extended by agreement of the parties. Depositions of parties and experts limited to seven (7) hours.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a)   Deadline for Plaintiff to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15:  **May 3, 2021**;

(b)   Deadline for Defendants to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15:  **June 1, 2021**;

(c)   Deadline for Plaintiff's expert reports:  **July 1, 2021**;

(d)   Deadline for Defendants' expert reports:  **August 2, 2021**;

(e)   Termination of discovery:  **October 1, 2021**;

(f)    Deadline for supplementing discovery/disclosures: Within fourteen (14) days of receipt of information;

(g)   Motions relating to discovery:  **October 15, 2021**;

(h)   All other motions:[1]  **October 29, 2021**;

(i)    Pretrial order:          Plaintiff to Defendant by:  **November 15, 2021**;

          Defendant to Court by:  **November 29, 2021**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question.  Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition,

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.

must be made by motion and before the termination of discovery or the expiration of any

applicable deadline.  Discovery must be completed on or before the termination of the discovery

deadline.  A written discovery request must be propounded by a date which ensures that the

response to that request is due on or before the discovery deadline.  The parties are further

reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-

one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering

discovery.  The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to

ensure they properly disclose *all* testifying witnesses, not just those for whom a report is

required.


KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE