IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIAMOND JARAMILLO,

    Plaintiff,

v.                                                                                             No. 1:20-cv-1286 RB/KRS

CHRISTOPHER PADILLA and
ROBERT GONZALES,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' Joint Motion to Certain Scheduling Order Deadlines by 90 Days, (Doc. 52), filed April 19, 2022. The parties state they need additional time to complete discovery and prepare the case for mediation and/or trial, as necessary. *Id.* at 2. Having considered the Motion and record of the case, the Court finds the Motion is well-taken and shall be granted.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Certain Scheduling Order Deadlines by 90 Days, (Doc. 52), is GRANTED and the deadlines in this case are extended as follows:

| | |
|---|---|
| Plaintiff's Expert Disclosures: | May 16, 2022 |
| Defendants' Expert Disclosures: | June 15, 2022 |
| Termination of Discovery: | August 2, 2022 |
| Motions Related to Discovery: | August 23, 2022 |
| Dispositive Motions: | September 2, 2022 |
| Pretrial Order: Plaintiff to Defendants: | October 18, 2022 |
| Defendants to the Court: | November 1, 2022. |

All other deadlines in this case remain.

                                                    */s/ Kevin Sweazea*
                                                    KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE