IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIAMOND JARAMILLO,

    Plaintiff,

v.                                                       No. 1:20-cv-1286 RB/KRS

CHRISTOPHER PADILLA and
ROBERT GONZALES,

    Defendants.

## ORDER GRANTING IN PART JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

**THIS MATTER** is before the Court on the parties' Joint Motion for Extension of Discovery and Dispositive Motions Deadlines, (Doc. 59), filed July 26, 2022. The parties ask for an extension of the discovery and dispositive motions deadlines by 45 days in order to complete Plaintiff's deposition and certain written discovery. A settlement conference is set for August 30, 2022, and trial is set to commence April 3, 2023, and the parties state the requested extensions will not affect these settings. Due to the presiding judge's preference that the dispositive motions deadline be extended to no later than September 23, 2022, the Court will grant the Motion in part and extend the discovery deadline as requested and the dispositive motions deadline by 21 days.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Extension of Discovery and Dispositive Motions Deadlines, (Doc. 59), is GRANTED in part as follows:

| | |
|---|---|
| Termination of Discovery: | September 16, 2022 |
| Dispositive Motions: | September 23, 2022 |

All other deadlines in this case remain as set.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE